IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00805-REB-KMT

TRACEY WILLIAMSON,

    Plaintiff,

v.

OFFICER JORDAN,
OFFICER KEENAN, and
OFFICER ARMBURST,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 5 2008

GREGORY C. LANGHAM
              CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated June 5, 2008, at Denver, Colorado.

BY THE COURT:

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00805-REB-KMT

Tracey Williamson
Prisoner No. 1574060
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Officer Jordan, Officer Brant, and Officer Armburst

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Officer Jordan, Officer Brant, and Officer Armburst ; COMPLAINT FILED 4/21/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/5/08.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk