IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00805-REB-KMT

TRACEY WILLIAMSON,

    Plaintiff,

v.

OFFICER JORDAN,
OFFICER KEENAN, and
OFFICER ARMBURST,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#18], filed October 2, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#18], filed October 2, 2008, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

2. That the **Order Directing Plaintiff To Make Monthly Filing Fee or To Show Cause** [#17], filed September 18, 2008, is **MADE ABSOLUTE**; and

3. That plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE** for failure to make monthly filing payments toward satisfaction of the filing fee as required by D.C.COLO.LCivR 41.1.

Dated October 24, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**